UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANIEL H.,[1] ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cv-01541-JMS-DLP |
| ) | |
| ANDREW M. SAUL, Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

Having this day issued its Entry Reviewing the Commissioner's Decision, the Court now **AFFIRMS** the Commissioner's decision and enters **FINAL JUDGMENT** against the Plaintiff, and in favor of Defendant, such that the Plaintiff shall take nothing by way of the Complaint.

Date: 12/9/2019

Laura A. Briggs, Clerk
BY: _____
Deputy Clerk, U.S. District Court

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

**Distribution via U.S. Mail to:**
Daniel H.
8941 Carnation Dr.
Noblesville, IN 46060
kathryn.olivier@usdoj.gov

---

[1] To protect the privacy interests of claimants for Social Security benefits, consistent with the recommendation of the Court Administration and Case Management Committee of the Administrative Office of the United States Courts, the Southern District of Indiana has opted to use only the first name and last initial of non-governmental parties in its Social Security judicial review opinions.

1